1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SCOTT N. JOHNSON,
                                      NO. Civ.S-08-1046 LKK/GGH
11           Plaintiff,

12       v.                           **ORDER RE DISPOSAL**
                                      **DOCUMENTS AFTER**
13   VINCENT J. MORIN, et al.,        **NOTIFICATION OF SETTLEMENT**

14           Defendants.

15   _____/

16       Counsel for plaintiff has filed a Notice of Settlement in the

17   above-captioned case.  The court now orders that the dispositional

18   documents disposing of the case be filed no later than twenty (20)

19   days from the effective date of this order.

20       All hearing dates heretofore set in this matter are hereby

21   **VACATED.**

22       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

23   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

24   ////

25   ////

26   ////

                                   1

CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

     IT IS SO ORDERED.

     DATED:  August 12, 2008.


                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT